## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: START MAN FURNITURE, LLC *et al.*,[1] | Chapter 7 |
| Debtors. | Case No. 20-10553 (CTG) |
| | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 22-50168 (CTG) |
| ASCION, LLC, | |
| Defendants. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ascion, LLC ("**Ascion**"), hereby appears in the above-caption adversary action, by and through its undersigned counsel, pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Pursuant to Bankruptcy Rule 2002(g), Ascion hereby requests that copies of all notices and pleadings given

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

or filed in the above-captioned adversary action be given and served upon the following counsel at the following address, telephone number, and email address:

> Mark L. Desgrosseilliers
> CHIPMAN, BROWN, CICERO & COLE, LLP
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone:     (302) 295-0192
> Email:         desgross@chipmanbrown.com
>
>         -and-
>
> Mark A. Bogdanowicz
> HOWARD & HOWARD ATTORNEYS PLLC
> 211 Fulton Street, Suite 600
> Peoria, Illinois 61602
> Telephone:   (309) 999-6320
> Email:       mbogdanowicz@howardandhoward.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with regard to the above-captioned adversary proceeding.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not constitute a submission by Ascion to the jurisdiction of the Bankruptcy Court or a waiver of Ascion's objection to personal jurisdiction in the Bankruptcy Court.  Moreover, this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any of Ascion's substantive or procedural rights, including: (i) the right to have final orders in non-

core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Ascion is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  This request for notice shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: May 31, 2022
      Wilmington, Delaware        **CHIPMAN BROWN CICERO & COLE, LLP**

                        */s/ Mark L. Desgrosseilliers*

                        Mark L. Desgrosseilliers (No. 4083)
                        Hercules Plaza
                        1313 North Market Street, Suite 5400
                        Wilmington, Delaware 19801
                        Telephone:    (302) 295-0192
                        Email:        desgross@chipmanbrown.com

                                  -and-

                        Mark A. Bogdanowicz
                        **HOWARD & HOWARD ATTORNEYS PLLC**
                        211 Fulton Street, Suite 600
                        Peoria, Illinois 61602
                        Telephone:    (309) 999-6320
                        Email:        mbogdanowicz@howardandhoward.com

                        *Counsel for Defendant*