# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: START MAN FURNITURE, LLC *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-10553 (CTG) <br><br> (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ASCION, LLC, <br><br> Defendants. | Adv. Pro. No. 22-50168 (CTG) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JAMES E. MORGAN

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of James E. Morgan, Esquire of Howard & Howard Attorneys PLLC to represent Ascion, LLC, in the above-captioned adversary proceeding.

Dated: June 28, 2022
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0192
Email:   desgross@chipmanbrown.com

00030760.2

### CERTIFICATION BY JAMES E. MORGAN TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 28, 2022

/s/ *James E. Morgan*
James E. Morgan
**HOWARD & HOWARD ATTORNEYS PLLC**
200 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604-2401
Telephone:    (312) 456-3414
Email:            jmorgan@howardandhoward.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of James E. Morgan, Esquire is granted.

**Dated: June 30th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

00030760.2