### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.,*[1] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.,* | Adv. Proc. Nos. SEE ATTACHED EXHIBIT A |
| Plaintiff, | |
| vs. | |
| SEE ATTACHED EXHIBIT A, | |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ANDREW W. CAINE AND REQUEST TO BE REMOVED FROM ECF NOTIFICATION AND SERVICE LISTS

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Andrew W. Caine of Pachulski Stang Ziehl & Jones LLP hereby withdraws his appearance and requests removal from any further ECF notification and service lists in the above-referenced action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Dated:  January 25, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Andrew W. Caine (*Admitted Pro Hac Vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:   bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com
            acaine@pszjlaw.com

*Counsel for the Trustee*