# EXHIBIT A

| Defendant | Adv. Case No. |
|---|---|
| Coast to Coast Imports LLC | 22-50158 |
| Franklin Corp.; First-Citizens Bank & Trust Company dba the CIT Group | 22-50159 |
| Klaussner Furniture Industries, Inc. d/b/a Klaussner Home Furnishings; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50160 |
| Jonathan Louis International LTD; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50161 |
| Elements International Group, LLC; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50163 |
| Sunny Designs, Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50164 |
| Hillsdale Furniture LLC; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50165 |
| Hooker Furnishings Corporation; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50166 |
| Napa Furniture Design Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50167 |
| Ascion, LLC | 22-50168 |
| Ashley Furniture Industries, Inc. | 22-50169 |
| Lifestyle Enterprise, Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50170 |
| New Classic Furniture Corp.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50171 |

DOCS_DE:242090.1 05233/003

| | |
|---|---|
| Alan J. Sussman & Associates, Inc. | 22-50172 |
| Campbell Sales Group, Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50174 |
| Abbyson Living LLC | 22-50177 |
| Bernhardt Furniture Company | 22-50179 |
| Butler Color Press, Inc. | 22-50182 |
| Caremark PHC, L.L.C. | 22-50183 |
| Clearprism, LLC | 22-50186 |
| Corinthian, Inc. | 22-50187 |
| Detroit Pistons Basketball Company | 22-50189 |
| E-B Display Company, Inc. | 22-50190 |
| Gathercraft LLC | 22-50191 |
| Graphics East, Inc. | 22-50192 |
| Jackson Furniture Industries, Inc. | 22-50194 |
| Jaipur LLC | 22-50195 |
| Kith Furniture, L.L.C. | 22-50197 |
| LFN Services, Inc. | 22-50198 |
| Michael Nicholas Designs, Inc. | 22-50200 |
| Milestone Internet Marketing, Inc. | 22-50201 |
| Multi Service Technology Solutions, Inc. | 22-50203 |
| Netco Logistics LLC | 22-50204 |
| PCMG, Inc. | 22-50206 |
| Pacific Coast Lighting, Inc. | 22-50215 |
| Paxton Sales, Inc. | 22-50216 |
| Universal Furniture Industries, Inc. | 22-50224 |
| United Furniture Industries, Inc.; First-Citizens Bank & Trust Company d/b/a The CIT Group | 22-50227 |