## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Start Man Furniture, LLC, et al. | Case No.: 20-10553-CTG |
| Debtor. | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | |
| Plaintiff, | Adv. Proc. No.: 22-50168-CTG |
| v. | **D.I. 35** |
| Ascion, LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the *Mediation Status Report* [Adv. D.I. 35; filed 6/16/23] filed in the above-captioned adversary proceeding case is hereby withdrawn.

Dated: June 16, 2023                    Mediator

 */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal